



RECEIVED
3/30/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
JKS

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Deshawn Sharon Lucas

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County Jail /
Illinois Department
of corrections
Cook County
Hospital
Tom Dart

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**1:26-cv-3550**
**Judge Edmond E. Chang**
**Magistrate Judge Jeffrey T. Gilbert**
**PC 2**
**Direct**

Case No:_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
      **U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
      **28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.** **Plaintiff(s):**

A. Name: Deshawn Sharon Lucas

B. List all aliases: NONE

C. Prisoner identification number: M15189

D. Place of present confinement: Cook County Department Of Corrections

E. Address: 2700 S. California AVE Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.** **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Tom Dart

Title: Head SHeriff

Place of Employment: Cook County Sheriffs office

B. Defendant: Cook County Hospital

Title: Ambulance Driver

Place of Employment: Cook County Hospital

C. Defendant: Correctional officer on duty

Title: Correctional officer

Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2 Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Deshawn Lucas V. Norwood, et al, Case No.: 1:25-CV-10374

B. Approximate date of filing lawsuit: 11-13-2025

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: S/ Norwood A, JDE #4853587 B/ Schmitt Y, JDE #1105933

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: Honorable Edmond E. Chang,

G. Basic claim made: (#1 4th u.5 amendment Violation) (#2 unjustified Excessive force) (#3 8th u.5 amendment Violation Cruel & unusual Punishment) (#4 14th u.5 amendment Violation of Due Process)

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I. Approximate date of disposition: 1-15-2026

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the approximate date of 3-24-2024 I had rebroke my already broken leg, I was sent to medical after confirmation that I needed medical attention. I was made to wait for hours in excruciating pain in a wheelchair instead of being placed in a hospital bed with my leg elevated like the doctor told me they should've done. Claim #1 Violation of 8th amedment right to medical care and claim #2 deliberate indifference. Then when I finally got sent to cook county Hospital they gave me pain medication wrapped my leg told me I rebroke it I have to come back for surgery once the swelling go down. After that they sent me home in ambulance. Once the ambulance made it back to the cook county Jail it entered the gates made a wrong turn, so the on duty correctional officer who was in the ambulance with me told the ambulance driver to stop and reverse back, while it was reversing back she hit one of the buildings. I hit my head on on the medication cabin and lost conscious.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Then when we made it back inside the county Jail the on duty correctional officer tried to not report the incident. I had to over get A Sergeant attention to document what happen, I asked for medical attention and did not receive any. I was sent back to my cell without seeing a doctor or going to a hospital. That same weekend I, fell out of my wheelchair trying to get in bed, and Only then's when I got sent to the hospital for my injuries. So I was in A whole car accedent and did not go to the hospital when I asked both regular correctional officer on duty and the Sergeant on duty and got denied by both of them. Which is A Violation of my Eigth Amendment Claim #3. right for adequate medical care. Clame #4 Deliberate indifference. Failure to treat my condition resulted in further Significant injury and the unnecessary and wanton Claim #4 infliction of pain. which is also cruel & ususual punishment.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V.    Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would for the Court grant me 200,000$ in punitive damges in the defendants full compacity 250,000$ in Complensatory damges in the defendents full compacity anything else this honorable deems neccesary any and all legal filing fees to be paid and any and all legal cost to be paid in full.

VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  20  day of  3 , 20 26

_____
Deshawn Lucas
(Signature of plaintiff or plaintiffs)

Deshawn Sharon Lucas
(Print name)

20240111001
(I.D. Number)

Cook County Jail
2700 S. California Ave Chicago, Il 60608
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Deshawn Lucas #2024011001
Cook County Jail
2200 S. Cailifornia AVE
Chicago, IL 60608



RECEIVED

MAR 30 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

03/30/2026-6

Prisoner Correspondent
United States District Court
219 S. Dearborn Street, 20th Floor
Chicago, IL 60604